IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. WILLIAM RABORN,<br><br>      Plaintiff,<br><br>v.<br><br>1. DAVID JOHNSTON,<br>2. COVENANT TRANSPORT, INC.,<br>and<br>3. MARSH USA, INC.,<br><br>      Defendants. | Case No. 16-CV-401-JHP |

## NOTICE OF REMOVAL

The Defendant, Covenant Transport, Inc., by counsel, hereby files his Notice of Removal. In support, Defendant Covenant Transport, Inc. shows the following grounds for removal:

1. Pursuant to 28 U.S.C. §§ 1332(a), 1441(a) and 1446 and LCvR 81.2, Defendant Covenant Transport, Inc. removes this action from the District Court of Craig County, Oklahoma, styled *William Raborn, Plaintiff, v. David Johnston, et al., Defendants*, Case No. CJ-2016-10.

## Diversity of the Parties

2. Plaintiff William Raborn is a resident and citizen of and domiciled in the State of Texas. (Ex. 1, Plaintiff's Petition, ¶ 1).

3. Defendant David Johnston is a resident and citizen of and domiciled in the State of California. (Ex. 1, ¶ 2; Ex. 2, David Johnston's Consent to Removal).

4. Defendant Covenant Transport, Inc. is a Tennessee corporation with its principal place of business in Chattanooga, Tennessee.

5. Marsh USA, Inc. is a Delaware Corporation with its principal place of business in New York, New York. (Ex. 3, Marsh USA, Inc.'s Consent to Removal).

## Venue

6. Venue is proper in this Court for purposes of removal. Plaintiff brought this action in the District Court of Craig County, Oklahoma - located within the federal judicial district for the Eastern District of Oklahoma. 28 U.S.C. § 116(c). Therefore, venue is proper in this Court because it is the federal "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

## Amount in Controversy

6. Plaintiff seeks judgment against Defendants for damages in excess of $75,000.00. (Ex. 1, Plaintiff's Petition, ¶ 17). Therefore, the amount in controversy is greater than $75,000.00. 28 U.S.C. § 1446(c)(2).

## Timeliness of Removal

7. Defendant Covenant Transport, Inc. was served with the Petition and an issued Summons via certified mail on August 18, 2016. (Ex. 4, Summons

/ Return of Service). Therefore, Defendant Covenant Transport, Inc. timely files this Notice of Removal within 30 days after service of summons upon it pursuant to 28 U.S.C. § 1446(b).

### Consent

8. Defendants David Johnston (Ex. 2) and Marsh USA, Inc. (Ex. 3) have given written consent to the removal of this action.

### Miscellaneous

9. Pursuant to 28 U.S.C. § 1446(a), copies "of all process, pleadings and orders served upon" Defendant Covenant Transport, Inc. in the aforementioned state action are identified and attached as follows: Petition (Ex. 1) and Summons (Ex. 4).

10. Pursuant to LCvR81.2, "a clearly legible copy of all documents filed or served in the case, along with a docket sheet of the case" are identified and attached as follows: Petition (Ex. 1); Notice of Worker's Compensation Lien (Ex. 5); Plaintiff's Unopposed Motion for Extension of Time to Serve Process (Ex. 6); Order (Ex. 7); Return of Summons - Covenant Transport, Inc. (Ex. 4); Return of Summons - Marsh USA, Inc. (Ex. 8); Return of Summons - David Johnson (Ex. 9); Defendant Covenant Transport, Inc.'s Reservation of Time (Ex. 10), Defendant Johnson's Reservation of Time (Ex. 11), and; Docket Sheet (Ex. 12).

11. Pursuant to LCvR81.1, jury trial is hereby demanded.

## Conclusion

12. Defendant Covenant Transport, Inc. will promptly give written notice of the filing of this Notice of Removal to Plaintiff's counsel and will promptly file a copy of the Notice of Removal with the Court Clerk for Craig County, Oklahoma, as required.

13. In the event this Court identifies a defect in this Notice of Removal, Defendant Covenant Transport, Inc. respectfully requests the Court grant it leave to amend this Notice to cure the defect. *See, generally, Hendrix v. New Amsterdam Cas. Co.*, 390 F.2d 299, 301-302 (10th Cir. 1968).

Respectfully submitted,

s/Peter L. Wheeler

_____
Peter L. Wheeler
Oklahoma Bar No. 12929
Bryan E. Stanton
Oklahoma Bar No. 19225
Attorneys for Defendant,
Covenant Transport, Inc.
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, LLP
P.O. Box 26350
Oklahoma City, Oklahoma 73126
Telephone:  405-235-1611
Facsimile :   405-235-2904
pwheeler@piercecouch.com
bstanton@piercecouch.com

**CERTIFICATE OF SERVICE**

   This is to certify that on September 15, I electronically transmitted the above document to the Clerk of the Court using the ECF System for filing, and also mailed a copy via electronic mail to counsel shown below.  Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

 Michael E. Carr
 Patrick E. Carr
 Jack Beesley
 A. Laurie Koller
 CARR & CARR ATTORNEYS
 4416 S. Harvard Ave.
 Tulsa, OK  74135

*Attorneys for Plaintiff*

                 s/Peter L. Wheeler
                 Peter L. Wheeler