IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. WILLIAM RABORN,<br><br>    Plaintiff,<br><br>v.<br><br>1. DAVID JOHNSTON,<br>2. COVENANT TRANSPORT, INC.,<br>and<br>3. MARSH USA, INC.,<br><br>    Defendants. | Case No. 16-CV-401-JHP |

### PLAINTIFF'S RULE 41(a)(1)(A)(ii) VOLUNARY STIPULATION OF DISMISSAL OF DEFENDANT, MARSH USA, INC., ONLY

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, William Raborn, and the Defendants, David Johnston and Covenant Transport, Inc., by their respective counsel, hereby voluntarily stipulate to the dismissal of Defendant Marsh USA Inc. only, without prejudice, with Plaintiff reserving all claims and causes of action against the remaining Defendants, David Johnston and Covenant Transport, Inc., against whom this action shall continue.

Dated: September 27, 2016

_____
Michael E. Carr
Oklahoma Bar No. 22520
Attorney for Plaintiff, William Raborn
CARR & CARR ATTORNEYS
4416 South Harvard Avenue
Tulsa, OK 74135
Telephone: (918) 392-1018
Facsimile:  (918) 747-7284
mcarr@carrcarr.com


_____
Peter L. Wheeler
Oklahoma Bar No. 12929
Bryan E. Stanton
Oklahoma Bar No. 19225
Attorneys for Defendants,
Covenant Transport, Inc.
and David Johnston
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, LLP
P.O. Box 26350
Oklahoma City, Oklahoma 73126
Telephone:  405-235-1611
Facsimile :  405-235-2904
pwheeler@piercecouch.com
bstanton@piercecouch.com