UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| WILLIAM RABORN, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 16-CV-0653-CVE-JFJ** |
| | ) | |
| DAVID JOHNSTON and | ) | |
| COVENANT TRANSPORT, INC., | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter comes on for consideration of Plaintiff's Unopposed Application for Order of Dismissal with Prejudice (Dkt. # 54). Plaintiff states that the parties have reached a settlement, and he asks the Court to dismiss his claims with prejudice. Under Fed. R. Civ. P. 41(a)(2), a court may dismiss a case on terms that the court considers proper. The Court has reviewed plaintiff's motion (Dkt. # 54) and finds that it should be granted.

**IT IS THEREFORE ORDERED** that Plaintiff's Unopposed Application for Order of Dismissal with Prejudice (Dkt. # 54) is **granted**, and plaintiff's claims are **dismissed with prejudice**. This is a final order terminating this case.

**DATED** this 5th day of December, 2017.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE